IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**DIANA TRIPPEER ALTICE,**

    **Plaintiff, on her own behalf, and
For all those similarly situated
Pursuant to 29 U.S.C. § 216(b)**

                                              Civil Action No: 7:14-cv-00627-GEC,
                                                        7:15-cv-00104-GEC.

**v.**

**INTERCEPT YOUTH SERVICES, INC.,**

    **Defendant.**

## STIPULATION OF DISMISSAL

    COMES NOW the Plaintiffs, by counsel, and present this Stipulation of Dismissal to the Court.  This Stipulation is brought pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.   The parties of the above-captioned matter hereby stipulate to the following:

    1.    That counsel for each party have conferred on the issue of proceeding further in this matter.

    2.    The parties hereby agree that this matter should be dismissed pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure.

SEEN AND AGREED:


/s/ Thomas E. Strelka
Thomas E. Strelka
Strelka Law Office, P.C.
119 Norfolk Ave., S.W., Suite 330
Roanoke, Virginia 24011
540-283-0802
thomas@strelkalaw.com

*Counsel for Plaintiff*


/s/Steven D. Brown
Steven D. Brown, Esq.
IslerDare
411 East Franklin Street
Suite 203
Richmond, Virginia 23219
Telephone: (804) 380-8983
Facsimile: (703) 748-2695
sbrown@islerdare.com

*Counsel for Defendant*