CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 1 2 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DIANA TRIPPEER ALTICE, | Civil Action No. 7:15CV00104 |
| Plaintiff, | |
| v. | **ORDER** |
| INTERCEPT YOUTH SERVICES, INC., | By: Hon. Glen E. Conrad |
| Defendant. | Chief United States District Judge |

The court has before it the plaintiff's Stipulation of Dismissal filed in this case pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is accordingly,

ADJUDGED and ORDERED

that plaintiff's claims against defendant Intercept Youth Services, Inc., shall be, and hereby are, DISMISSED without prejudice, and this case is stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this 12th day of April, 2016.

/s/ Glen E. Conrad
CHIEF UNITED STATES DISTRICT JUDGE